# Exhibit 4

# JVA Inc.

3753 Howard Hughes Pkwy Ste #200
Las Vegas, NV 89169

Tel: 1-800-553-8855     Fax: 1-714-957-8301

**Customer:**

FOVE Inc,
255 South B Street
San Mateo, CA 94401

## Invoice

Invoice Number:
45459
Invoice Date:
Dec 8, 2016
Page:   1

**Show/Location/Date:**

CES
LAS VEGAS, NV
1/5-1/8/17

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| FOVE | | 50% Deposit is Required to Secure Talent; Balance Due No Later than 7 Days Prior to Show. |
| | | 12/29/16 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 4.00 | DEMONSTRATOR | Demonstrate product or service at trade show or convention on 1/5-1/8/17 | 400.00 | 1,600.00 |
| 3.00 | OVERTIME | Any time spent beyond 8 hours per day is overtime at time and one half. On 1/5-1/7/17 | 75.00 | 225.00 |
| 1.00 | BROKERAGE FEE 20% | Brokerage Fee 20% | 365.00 | 365.00 |
| 4.00 | PARKING | Daily parking rate on 1/5-1/8/17 | 20.00 | 80.00 |

**Total Invoice Amount:**     2,270.00

Check/Credit Card #:  Multiple Payments

**Due Upon Receipt:**      0.00

FOVE-00036