IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PERCEPT TECHNOLOGIES, INC.,

                Plaintiff,

v.

FOVE, INC.,

                Defendant.

Civil Action No.  17-cv-1119-RGA

## STIPULATION OF DISMISSAL

Plaintiff Percept Technologies, Inc. and Defendant FOVE, Inc. hereby stipulate to the dismissal of all claims which were asserted in the action as of March 13, 2018, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own fees and costs.

Dated: March 13, 2018

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com
*Counsel for Plaintiff Percept Technologies, Inc.*

Respectfully submitted,

ROSS ARONSTAM &MORITZ LLP

*/s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)
100 S. West Street, Suite 400
Wilmington, DE 19801
(302) 576-1600
bschladweiler@ramllp.com
*Counsel for Defendant FOVE, Inc.*

IT IS SO ORDERED this ___14___ day of March, 2018.

_____
The Honorable Richard G. Andrews